IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID J. ORR,<br><br>    Defendant, | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME<br><br><br>Case No. 2:03-CR-265 |

This matter is before the Court on Defendant David J. Orr's Request for Extension of Time to Respond to Government's Motion's Regarding Restitution.  Having received no opposition to Defendant's Request and good cause appearing, the Court hereby GRANTS Defendant's Request (Docket No. 224).  Defendant shall have until January 31, 2008, to file his written response regarding restitution.

SO ORDERED.

DATED   September 18, 2007

BY THE COURT:

_____
TED STEWART
United States District Judge