IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br><br><br>  vs.<br><br><br><br>DAVID J. ORR,<br><br>  Defendant, | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME<br><br><br><br><br><br>Case No. 2:03-CR-265 |

This matter is before the Court on Defendant David J. Orr's Request for Extension of Time to Respond to Government's Motion's Regarding Restitution.  Defendant requests an extension until he is released from incarceration.  Having received no opposition to Defendant's Motion and good cause appearing, the Court hereby GRANTS Defendant's Motion (Docket No. 229).  However, the Court will not grant an extension until Defendant is released.  Rather, Defendant shall have until March 31, 2008, to file his written response regarding restitution.  The government's reply is due thirty (30) days thereafter.

  SO ORDERED.

  DATED   January 25, 2008

  _____
  TED STEWART
  United States District Judge